No. 91–500. MATTEI ET AL. *v.* LABORERS COMBINED FUNDS OF WESTERN PENNSYLVANIA ET AL. Super. Ct. Pa. Certiorari denied.

No. 91–511. DOW CHEMICAL, U. S. A. *v.* PINION ET UX. C. A. 11th Cir. Certiorari denied.

No. 91–513. NORTHCUTT ET UX. *v.* FARM CREDIT BANK. Ct. App. Okla. Certiorari denied.

No. 91–517. FORREST ET AL. *v.* WASHINGTON STATE ELECTRICAL CONTRACTORS ASSN., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–518. BRAHMS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–524. WILSON *v.* KAUFFMAN. Ct. App. Ind. Certiorari denied.

No. 91–528. PICINIC *v.* SEATRAIN LINES, INC., ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 91–529. ABUNDANT LIFE CHRISTIAN CENTRE, INC. *v.* MARKHAM, BROWARD COUNTY PROPERTY APPRAISER. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 91–531. KHASHOGGI *v.* NATIONAL DEVELOPMENT CO. C. A. 2d Cir. Certiorari denied.

No. 91–534. COLONEL *v.* BUTEAU ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 91–536. BETHKE ET AL. *v.* BAKER MOTORS ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 91–539. LORD *v.* FARM CREDIT BANK OF SAINT PAUL, FKA FEDERAL LAND BANK OF ST. PAUL, ET AL. Sup. Ct. Wis. Certiorari denied.

No. 91–559. ROBINSON *v.* CLEVELAND STATE UNIVERSITY. C. A. 6th Cir. Certiorari denied.